**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | Jointly Administered |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, | Adversary Proceeding Case No. 24-03988 (MG) |
| Plaintiff, | |
| v. | |
| EMIL BAILEY, | |
| Defendant. | |

**STIPULATED AMENDMENT TO CASE**
**MANAGEMENT AND SCHEDULING ORDER**

This stipulation (the "Stipulation") is entered into by and between Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated debtors (collectively, the "Post-Effective Date Debtors") (the "Plaintiff"), and Defendant Emily Bailey ("Defendant") (together with Plaintiff, the "Parties") in the above-captioned adversary proceeding (the "Adversary Proceeding"). Each of the Parties agrees and stipulates to the following:

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 1209 Orange Street, Wilmington, Delaware 19801.

1

**WHEREAS**, the Court on February 4, 2025 entered a Case Management & Scheduling Order ("CMO") [ECF No. 24] in the above-captioned Adversary Proceeding;

**WHEREAS**, on February 12, 2026, the Court entered the Parties Stipulated Amendment to Case Management Order [ECF No. 62], which provided a limited extension of fact discovery solely to permit three specified fact depositions and extended the deadline for expert depositions, while leaving all other discovery deadlines unchanged;

**WHEREAS**, the Parties have completed the specified fact depositions;

**WHEREAS**, on March 25, 2026, the Parties exchanged expert reports;

**WHEREAS**, on April 27, 2026, the Court entered the Parties Stipulated Amendment to Case Management Order [ECF No. 64] which provided the Parties a limited extension of expert discovery solely to permit the exchange of rebuttal expert designations and reports and expert depositions and extended the deadline for a Joint Pretrial Conference Order to on or before June 22, 2026;

**WHEREAS**, Plaintiff served its expert rebuttal report on April 30, 2026;

**WHEREAS**, the Parties completed the depositions of Bryce Snape on May 12, 2026 and Matthew Manning on April 19, 2026, respectively;

**WHEREAS**, due to a conflict that arose with Defendant's expert J.P. Brennan, the Parties were unable to complete his expert deposition on or before May 22, 2026;

**WHEREAS**, the Parties have conferred in good faith and, in light of the foregoing, propose the following schedule for the completion of outstanding deadlines set forth in the CMO:

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED**

1.  The Parties shall complete the expert deposition of J.P. Brennan on June 2, 2026.

2.  The Parties shall submit a Joint Pretrial Conference Order on or before July 2, 2026.

2

**SO STIPULATED:**

Dated: May 29, 2026

By: */s/ Mitchell P. Hurley*
Mitchell P. Hurley
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Elizabeth D. Scott (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel for Plaintiff*

By: */s/ Barry M. Kazan*
Barry M. Kazan
MINTZ & GOLD LLP
600 Third Ave
25th Floor
New York, New York 10016
Telephone:  (212) 696-4848
Facsimile:  (212) 696-1231

*Counsel for Defendant*

**IT IS SO ORDERED.**

Dated:  May 29, 2026
          New York, New York

**/s/ Martin Glenn**
MARTIN GLENN
Chief United States Bankruptcy Judge

3